■ HARDY HOLTZMAN PFEIFFER ASSOC., Respondent, v JOHN S. SAMUELS, III, Appellant. — Order, Supreme Court, New York County, entered March 27, 1980, unanimously affirmed for the reasons stated by Nadel, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur — Birns, J.P., Carro, Markewich, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS HOEFFNER, Appellant. — Judgment, Supreme Court, Bronx County, rendered on March 26, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Birns, J.P., Ross, Carro, Fein and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v PAUL VINELLI. — Motion for leave to appeal to the Court of Appeals and for other relief denied in all respects (CPLR 5514, subd [c]; CPL 460.30, subd 6; *People v Thomas,* 44 NY2d 759, 760, n). Concur — Kupferman, J.P., Birns, Sandler, Silverman and Fein, JJ.